

NUMBER 13-08-00079-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AZTEC FINE HOMES, INC. AND
OSCAR DURAN,                                                                   Appellants,

v.

MARIA DE LURDES ALVAREZ,                                                Appellee.

On appeal from the 93rd District Court of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Aztec Fine Homes, Inc. and Oscar Duran, perfected an appeal from a

judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-

834-07-B.  Appellants have filed an amended unopposed motion to dismiss the appeal on

grounds that the parties have reached an agreement to settle and compromise their differences.  Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' amended unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellants' amended motion to dismiss is granted, and the appeal is hereby DISMISSED.  Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of April, 2008.